UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALTERRA AMERICAN INSURANCE COMPANY,
NOW KNOWN AS PINNACLE NATIONAL
INSURANCE COMPANY,

                Plaintiff,

- against -

HERTZ GLOBAL HOLDINGS, INC., ET AL.,

                Defendants.

22-cv-4539 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants should respond to the plaintiff's pending motion, ECF No. 13, by June 17, 2022. The plaintiff may reply by June 24, 2022.

SO ORDERED.

Dated:    New York, New York
          June 10, 2022

                                      John G. Koeltl
                             United States District Judge