UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALTERRA AMERICAN INSURANCE COMPANY,
NOW KNOWN AS PINNACLE NATIONAL    22-cv-4539 (JGK)
INSURANCE COMPANY,

                                    ORDER

                Plaintiff,

    - against -

HERTZ GLOBAL HOLDINGS, INC., ET
AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    For the reasons explained on the record at today's conference, the plaintiff's motion to stay and enjoin proceedings is **denied without prejudice**. The plaintiff should respond to Hertz's motion to dismiss by July 22, 2022. Hertz should reply by July 29, 2022. The Clerk is directed to close Docket No. 13.

SO ORDERED.

Dated:    New York, New York
            July 11, 2022

                                                  John G. Koeltl
                                      United States District Judge