UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALTERRA AMERICAN INSURANCE COMPANY,

        Plaintiff,

- against -

HERTZ GLOBAL HOLDINGS, INC., ET AL.,

        Defendants.

22-cv-4539 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to submit courtesy copies of all papers filed in connection with the fully briefed renewal motion to stay and enjoin proceedings.

SO ORDERED.

Dated:    New York, New York
          October 12, 2022

                                _____
                                John G. Koeltl
                                United States District Judge