UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALTERRA AMERICAN INSURANCE COMPANY,

                Plaintiff,

- against -

HERTZ GLOBAL HOLDINGS, INC., ET AL.,

                Defendants.

22-cv-4539 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed in the teleconference held today, the action is voluntarily dismissed without prejudice pursuant to Federal Rule Civil Procedure 41(a)(2).

The Clerk is directed to close this case and to close all pending motions.

SO ORDERED.

Dated:    New York, New York
         January 10, 2023

                                     John G. Koeltl
                             United States District Judge